## A. SMITH *vs.* I. W. SMITH.

Motion for judgment *non obstante veredicto*, must be on the record, and not on affidavit.

MOTION for judgment *non obstante veredicto*. This cause was tried at the Monroe circuit in March, 1829. The action was on a bond for the payment of money. Five several issues were joined, three of which were found for the plaintiff, and two for the defendant. A motion for judgment *non obstante veredicto* was made by the plaintiff, founded on an *affidavit,* (setting forth the pleadings and the result of the trial,) and on a certified copy of the minutes of trial, furnished by the clerk of the circuit.

*S. B. Jewett,* for plaintiff.

*G. C. Bronson,* (attorney general,) contra, cited *Tidd's Pr.* 828, 830.

*By the Court,* SUTHERLAND, J. On a motion of this kind, the nisi prius record and postea must be produced, so that the court may be enabled to judge whether the party is entitled to his judgment, notwithstanding the verdict. It is irregular to apply on affidavit. The motion is denied, with costs.